April 17, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

BOSSCORP, INC., FRED M. TRESCA, HBC INVSETMENTS LLC, WHITLEY PARTNERS, LTD., A. DUNCAN GRAY, M. RICHARD WARNER, NILS JOHANSSON, ALBERT R. DOWDEN, HENRY L. CHANG, PRINCE ZACHARIAH, MORGAN INTERESTS LLC, KEVIN O. KAMMERER, ROBERT M. ANDERSON, AND BOSS ENTERPRISES GROUP, LLC, Appellants

NO. 14-11-00439-CV                    V.

DONEGAL, INC., KESTREL CAPITAL L.P., CONTINENTAL ENERGY SERVICES LLC, BARRETT L. WEBSTER, PATRICK J. KELLY, and STEPHEN M. SCHUSTER, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Donegal, Inc., Kestrel Capital L.P., and Continental Energy Services LLC, signed April 26, 2011, was heard on the transcript of the record. We have inspected the record and find the trial court erred in staying arbitration as to appellees Kestrel Capital L.P. and Continental Energy Services LLC. We therefore order that the portions of the judgment that stay arbitration as to appellees Kestrel Capital L.P. and Continental Energy Services LLC are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order Kestrel Capital L.P. and Continental Energy Services LLC, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.